MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK PETKOVICH, )<br>     Plaintiff, )<br>  v. )<br>UNITED STATES OF AMERICA, THE )<br>PRESIDIO TRUST, AND DOES 1-100 )<br>inclusive, )<br>     Defendant. )<br>_____ ) | No. C-11-05501 SC<br>Related Case No. C 12- 02116 SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR REMAND TO STATE COURT AND [~~PROPOSED~~] ORDER REGARDING SAME** |

[STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR REMAND AND [PROPOSED] ORDER - CIVIL CASE NO. C-11-05501 SC AND RELATED CASE NO C-12-02116 SC]

1  The plaintiff Frank Petkovich, ("Plaintiff") and the federal defendant United States of
2  America and the Presidio Trust ("Federal Defendants")[1] the defendant Reed and Graham, Inc.
3  ("Reed and Graham"), the defendant Graham Contractors, Inc. ("Graham Contractors") and the
4  defendant Granite Rock Company ("Granite Rock") by and through their designated counsel
5  stipulate as follows:

6  WHEREAS, Plaintiff filed the above-captioned action under the Federal Tort Claims Act,
7  28 U.S.C. §§ 2671 *et seq.*;

8  WHEREAS, Plaintiff and the Federal Defendants wish to avoid any further litigation and
9  controversy and to dismiss and release fully any and all claims and issues that have been raised,
10 or could have been raised in this action, which includes District Court Case Nos. C-11-05501 SC
11 and C-12-02116 SC, which have transpired prior to the execution of this stipulation against the
12 Federal Defendants;

13 WHEREAS, the Plaintiff and non-Federal Defendants seek to have the action remanded
14 to the proper State Court once the Federal Action is dismissed with prejudice and request that the
15 Court issue an order regarding the same;

16 WHEREAS, the Federal Defendants will not be named parties in the remanded State
17 Court action and shall not be named a party in any future action that arises directly or indirectly
18 from the alleged acts or omissions by the Federal Defendants that gave rise to the above-
19 captioned actions C-11-05501 SC and C-12-02116 SC;

20 IT IS HEREBY STIPULATED as follows:

21 The related District Court actions case Nos. C-11-05501 SC and C-12-02116 SC are
22 hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as
23 against the Federal Defendants only.  The Plaintiff and Federal Defendants shall bear their own
24 fees and costs.  By this stipulation of dismissal the Plaintiff dismisses and releases any claim
25 against the Federal Defendants only arising directly or indirectly from the alleged acts or
26 omissions by the Federal Defendants that gave rise to the above-captioned related actions C-11-

---

[1] The Federal Defendant is specially appearing for the purposes of filing this stipulation.

[STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR REMAND AND [PROPOSED] ORDER - CIVIL CASE NO. C-11-05501 SC AND RELATED CASE NO C-12-02116 SC]

1  05501 SC and C-12-02116 SC.  The parties further stipulate and request that the action C-12-
2  02116 SC be remanded to San Francisco Superior Court.  However, the Federal Defendants will
3  no longer be parties to the remanded action having had any claim arising directly or indirectly
4  from their alleged acts or omissions that gave rise to the above-captioned related actions C-11-
5  05501 SC and C-12-02116 SC released and dismissed with prejudice.  Moreover, by signing this
6  stipulation, which includes a request for remand to the proper State Court, the Federal
7  Defendants shall not be deemed to consent to the jurisdiction of the State Court.

       IT IS SO STIPULATED.

DATED: June 1, 2012                    Respectfully submitted,
                                          MELINDA HAAG
                                          United States Attorney
                                              /s/ Melissa Sladden
                                    _____
                                    MELISSA K.B. SLADDEN
                                    Assistant United States Attorney

DATED: June 1, 2012
                                    LAWRENCE BRAGMAN
                                    Attorney at Law
                                           /s/ Lawrence Bragman
                                   _____
                                   LAWRENCE BRAGMAN
                                   Attorney for Plaintiff

DATED: June 1, 2012
                                   NORMAN LA FORCE
                                   Law Offices of Jeffrey F. Paccassi
                                       /s/ Norman La Force
                                   _____
                                   NORMAN LA FORCE
                                   Attorneys for Defendant Reed and Graham, Inc.

DATED: June 1, 2012
                                   CYNTHIA SHAMBAUGH
                                   Law Offices of Beverly E. Narayan
                                       /s/ Cynthia Shambaugh
                                   _____
                                   CYNTHIA SHAMBAUGH
                                   Attorneys for Defendant Graham Contractors, Inc.

DATED: June 1, 2012
                                   MATTHEW GIAMPAOLI
                                   LaMore, Brazier, Riddle & Giampaoli
                                       /s/ Matthew Giampaoli
                                   _____
                                   MATTHEW GIAMPAOLI
                                   Attorney for Defendant and Cross-Defendant
                                       Granite Rock Company

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the related District Court actions case Nos. C-11-05501 SC and C-12-02116 SC are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as against the Federal Defendants only. The Plaintiff and Federal Defendants shall bear their own fees and costs. By this stipulation of dismissal the Plaintiff dismisses and releases any claim against the Federal Defendants only arising directly or indirectly from the alleged acts or omissions by the Federal Defendants that gave rise to the above-captioned related actions C-11-05501 SC and C-12-02116 SC. The District Court Action C-12-02116 SC shall be remanded to San Francisco Superior Court. The Federal Defendants are not parties to the remanded action having had any claim arising directly or indirectly from their alleged acts or omissions that gave rise to the above-captioned related actions C-11-05501 SC and C-12-02116 SC released and dismissed with prejudice. By signing this stipulation, the Federal Defendants shall not be deemed to consent to the jurisdiction of the State Court.

IT IS SO ORDERED.

DATED: __6/7/12_____



HONORABLE SAMUEL CONTI
United States District Judge

[STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR REMAND AND [PROPOSED] ORDER - CIVIL CASE NO. C-11-05501 SC AND RELATED CASE NO C-12-02116 SC]

4